**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1771**

_____

ROGER ELLIOTT,

Plaintiff - Appellant,

versus

FEDERAL DEPOSIT INSURANCE CORPORATION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis III, District Judge. (CA-00-1553-A)

_____

Submitted:  October 3, 2001          Decided:  October 17, 2001

_____

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Roger Elliott, Appellant Pro Se.  Robert Donald McGillicuddy, FEDERAL DEPOSIT INSURANCE CORPORATION, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roger Elliott appeals the district court's order granting the Federal Deposit Insurance Corporations's motion to dismiss and for summary judgment as to Elliott's petition for review of the Merit Systems Protection Board's decision and on his claim of employment discrimination based on age, race, sex, and reprisal in violation of Title VII of the Civil Rights Act, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2000). We have reviewed the record, the briefs, and the district court's opinion rendered from the bench and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Elliott v. Federal Deposit Ins. Corp., No. CA-00-1553-A (E.D. Va. filed May 11, 2001; entered May 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED